# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 12-1026

_____

Kent Thorsheim,                                *

                               *

         Appellant,              *

                               *   Appeal from the United States

    v.                       *   District Court for the Southern

                               *   District of Iowa.

State of Iowa; Polk County Iowa; City  *

of Des Moines; Keri Jobe; Cindy     *   [UNPUBLISHED]

Miller; Janis Lavorato; Julie Burger;  *

Roger J. Kuhle; Mark Godwin;      *

John Paul Roehrick,             *

                               *

         Appellees.             *

_____

Submitted: June 21, 2012
Filed: July 2, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

     In this 42 U.S.C. § 1983 action, Kent Thorsheim appeals the district court's[1] dismissal of his complaint.  Upon careful de novo review, see Reynolds v. Dormire,

---

[1]The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa, adopting the report and recommendations of the Honorable Celeste F. Bremer, United States Magistrate Judge for the Southern District of Iowa.

636 F.3d 976, 979 (8th Cir. 2011) (dismissal for failure to state claim reviewed de novo); Knutson v. City of Fargo, 600 F.3d 992, 995 (8th Cir. 2010) (dismissal for lack of subject matter jurisdiction reviewed de novo), we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____